■ In the Matter of DEXTER BOSTIC, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [21 NYS3d 671]—Appeal from a judgment of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered June 11, 2014 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Carni, Lindley and Whalen, JJ.